# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>                Petitioner,<br><br>v.<br><br>MICHAEL A. SMELOSKY, Warden,<br><br>                Respondent. | Civil No.   08-1739 DMS (JMA)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

Petitioner, a state prisoner proceeding pro se, has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  At the time the Petition was filed, Petitioner was apparently housed in California State Prison, Centinela and thus named Michael A. Smelosky, Warden, as Respondent.  Petitioner has now filed a change of address indicating he is now housed at High Desert State Prison in Susanville, California.

A writ of habeas corpus acts upon the custodian of the state prisoner.  *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254.  Because Petitioner's place of custody has changed, so has his custodian.  Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution

/ / /

/ / /

/ / /

of Matthew Cate, Secretary of the California Department of Corrections, as Respondent in place of "Michael A. Smelosky" *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

**IT IS SO ORDERED.**

DATED: July 2, 2010

Jan M. Adler
U.S. Magistrate Judge