# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>　　　　　　　　　Petitioner,<br>vs.<br><br>MATTHEW CATE, Secretary of the<br>California Department of Corrections,<br><br>　　　　　　　　　Respondent. | CASE NO. 08cv1739 DMS (JMA)<br><br>**ORDER DENYING PETITIONER'S MOTION TO REOPEN CASE**<br><br>[Doc. 17.] |

  Petitioner Ester Burnett, a prisoner in state custody proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 25, 2009, this Court adopted the Magistrate Judge's Report & Recommendation ("R&R") and dismissed the petition as time-barred under the one-year statute of limitations provided in the Antiterrorism and Effective Death penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244(d). (September 25, 2009 Order, Doc. 16.) The petition was dismissed without prejudice to allow Petitioner to more fully establish a claim for equitable tolling. The basis for allowing Petitioner to amend his claim was evidence in the record that Petitioner had been treated for mental illness. (*Id.* at 2.) However, it was unclear whether he was incompetent at the time his claim expired under AEDPA, *i.e.* the time between when his conviction became final and when he filed his first petition for habeas relief in state court. (*Id.*)

  Petitioner has not filed a Second Amended Petition. Rather, on May 19, 2010, Petitioner filed a motion to reopen the case, in which Petitioner states that he seeks to establish his equitable tolling

1 claim. The motion, however, makes no mention of any facts relating to his mental illness or equitable
2 tolling. Plaintiff contends his sentence is unconstitutional, but has not established that his claim is not
3 time-barred by the AEDPA. Accordingly, Petitioner's motion to reopen is denied. If Petitioner wishes
4 to file a full Second Amended Petition and attempt to establish equitable tolling, he may do so by
5 **August 20, 2010.**

6     **IT IS SO ORDERED.**

7 DATED: July 15, 2010

                                                                                   HON. DANA M. SABRAW
                                                                                    United States District Judge